UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

REV. NOLAN MCKENZIE,

       Plaintiff,

v.                                                                              Case No. 11-14907
                                                                                Honorable Patrick J. Duggan

STACI OLVERA SCHORGL, et al.,

       Defendants.

                                    /

## ORDER REQUIRING FILING OF AMENDED COMPLAINT

On November 7, 2011, *pro se* Plaintiff Nolan McKenzie initiated this action by

filing a pleading entitled "Petition Fraudulent Breach of Trust (Fiduciary Crime) Felony,

Libel/Slander Will be Fully Executed at Law." (Doc. 1.)  Plaintiff paid the filing fee for

this action.  He appears to be suing numerous individuals and entities.  Plaintiff's

complaint, however, fails to meet the requirements of Federal Rule of Civil Procedure

8(a).

Rule 8(a) requires that a complaint set forth a short and plain statement of the

grounds upon which the court's jurisdiction depends, a short and plain statement of the

claim showing that the pleader is entitled to relief, and a demand for judgment for the

relief sought.  The complaint must give the defendant "fair notice of what the plaintiff's

claim is and the grounds upon which it rests."  *Conley v. Gibson*, 355 U.S. 41, 47, 78 S.

Ct. 99, 103 (1957).  Even though a *pro se* plaintiff is held to a less stringent pleading

standard than a party who is represented by counsel, *Haines v. Kerner*, 404 U.S. 519, 520,

92 S. Ct. 594, 595 (1972), the complaint must meet some minimum standards.  *Id.* at 521, 92 S. Ct. at 596.  The Court is not required to "guess at the nature of the claim asserted." *Wells v. Brown*, 891 F.2d 591, 594 (1989).

Plaintiff's complaints fail to set forth the basis for this Court's subject matter jurisdiction.  Plaintiff fails to cite to any federal statute or laws upon which he bases his claims against Defendants and a coherent factual basis for such claims.  In fact, Plaintiff fails to set forth a coherent factual basis for any claim.

Accordingly,

**IT IS ORDERED**, that Plaintiff shall file an Amended Complaint that sets forth a basis for this Court's jurisdiction, a cause of action, and facts in support of such cause of action in compliance with Federal Rule of Civil Procedure 8(a) within twenty-one (21) days of this Order, **OR THE COURT SHALL DISMISS THE COMPLAINT** for lack of jurisdiction.


Date: December 2, 2011                    s/PATRICK J. DUGGAN
                                          UNITED STATES DISTRICT JUDGE

Copy to:
Rev. Nolan McKenzie
11614 Foster Street
Overland Park, KS   66210

2