UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

REV. NOLAN MCKENZIE,

    Plaintiff,

v.                                                                            Case No. 11-14907
                                                                     Honorable Patrick J. Duggan

STACI OLVERA SCHORGL, et al.,

    Defendants.
_____/

## ORDER DISMISSING COMPLAINT

On November 7, 2011, *pro se* Plaintiff Nolan McKenzie initiated this action by filing a pleading entitled "Petition Fraudulent Breach of Trust (Fiduciary Crime) Felony, Libel/Slander Will be Fully Executed at Law." (Doc. 1.) Plaintiff paid the filing fee for this action. Plaintiff's complaint, however, fails to satisfy the requirements of Federal Rule of Civil Procedure 8(a). As this Court stated in an order issued December 2, 2011:

> Plaintiff's complaints fail to set forth the basis for this Court's subject matter jurisdiction. Plaintiff fails to cite to any federal statute or laws upon which he bases his claims against Defendants and a coherent factual basis for such claims. In fact, Plaintiff fails to set forth a coherent factual basis for any claim.

(Doc. 3.) The Court therefore ordered Plaintiff to file an amended complaint within twenty-one days of the order, or the Court would dismiss the complaint. (*Id.*)

Plaintiff has not filed an amended complaint.

Accordingly,

**IT IS ORDERED**, that Plaintiff's complaint is **DISMISSED WITH**

**PREJUDICE**.

Date:	January 11, 2012				s/PATRICK J. DUGGAN
										UNITED STATES DISTRICT JUDGE

Copy to:
Rev. Nolan McKenzie
11614 Foster Street
Overland Park, KS   66210